UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------X

IGOR KOSIV, : 07-CV-08282-AKH

                Plaintiff,

   - against - : **APPEARANCE**

: **ELECTRONICALLY FILED**

110 CHURCH LLC., *et al.*, :

               Defendants.
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       January 18, 2008

                           By:    /s/ Judith R. Cohen
                                   _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.

DOCSNY-287514