UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
IGOR KOSIV

                                                                                07CV8282

                       Plaintiffs,

   -against-

110 CHURCH LLC, 50 TRINITY, LLC, 53 PARK PLACE LLC, 55 WATER STREET CONDOMINIUM, 80 PINE LLC, 80 PINE LLC, 88 GREENWICH LLC, ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BLACK DIAMONDS LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HIGHLAND DEVELOPMENT LLC, HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LIONSHEAD 110 DEVELOPMENT LLC, LIONSHEAD DEVELOPMENT LLC, MANUFACTURERS HANOVER TRUST COMPANY, MERRILL LYNCH & CO, INC., NEW WATER STREET CORP., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., RUDIN MANAGEMENT CO. INC., STEEPLECHASE ACQUISITIONS LLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B

HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP
TOWER D CO. G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP
TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO.,
L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL
                              Defendants.
------------------------------------------------------------------x

## DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       January 22, 2008

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Envirotech
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800

                              BY: _____
                                    Heather L. Smar (4622)