RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:                                                                                  Case No.: 1:21 MC 103 (AKH)
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 103)
------------------------------------------------------------------X
IGOR KOSIV,
                                                                                         Docket No.: 07 CV 8282
                          Plaintiff,
                                                                                         **NOTICE OF ADOPTION**
            -against-                                                          **OF ANSWER TO**
                                                                                         **MASTER COMPLAINT**
110 CHURCH LLC, et al.,
                                                                                         **ELECTRONICALLY FILED**
                          Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
July 30, 2008

                                      RUBIN, FIORELLA & FRIEDMAN LLP

By: *Leila Cardo*
Leila Cardo (LC-8359)
*Attorneys for Defendant*
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879